RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/26/12

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| LEAUDREY BERNARD, | : | CIVIL ACTION No. 11-1390 |
| vs. | : | DISTRICT JUDGE HAIK |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | : | MAGISTRATE JUDGE HILL |

## ORDER

The motion for remand of the Commissioner having been considered, it is hereby ORDERED, ADJUDGED AND DECREED that this case is reversed and remanded for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

THUS DONE AND SIGNED this 23rd day of March, 2012, in Lafayette, Louisiana.

UNITED STATES MAGISTRATE JUDGE