**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**LEAUDREY BERNARD** : **CIVIL NO.: 6:11-cv-1390**

**VERSUS** : **JUDGE HAIK**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF THE** : **MAGISTRATE JUDGE HILL**
**SOCIAL SECURITY ADMINISTRATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JOINT STIPULATED ORDER FOR ATTORNEY FEES

On this day came for consideration Leaudrey Bernard's application for approval of an attorney fee under the Equal Access to Justice Act.  The parties have stipulated to the amount to be awarded by the Court.  After considering the application and stipulation, it is hereby **ORDERED** that the Leaudrey Bernard's request for fees and expenses is **GRANTED**, and that fees awarded in favor of the Plaintiff under the Equal Access to Justice Act in the amount of **$2662.50** be made payable to Leaudrey Bernard since there is no award of disability benefits pursuant to 42 U.S.C. § 405(g) or fees pursuant to 42 U.S.C. § 406(b).

Thus done and signed in Lafayette, Louisiana this  26  day of   April     , 2012.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

 /s/ Matthew D. Lane, Jr.
Matthew D. Lane, Jr.
556 Jefferson Street Box 11
Lafayette, LA 70501
(337)593-4139
Bar Roll No. 28116

    /s/ John A. Broadwell
JOHN A. BROADWELL
Assistant United States Attorney
United States Courthouse
300 Fannin Street Ste. 3201
Shreveport, LA 71101-3068
(318)676-3610
Bar Roll No. 1733